585 A.2d 382

ZENOP TUNCER v. WALTER AMBRUSTER.

September 18, 1990.

Petition for certification denied.

585 A.2d 382

.STATE OF NEW JERSEY v. DAVID MAURE.

September 18, 1990.

Leave to appeal granted. (See 240 *N.J.Super.* 269, 573 *A.*2d 186.)

585 A.2d 382

STATE OF NEW JERSEY v. HAROLD PETTY.

September 18, 1990.

Leave to appeal granted. (See 240 *N.J.Super.* 269, 573 *A.*2d 186.)

585 A.2d 382

NEW JERSEY STATE AFL–CIO v. BERGEN COUNTY BOARD OF CHOSEN FREEHOLDERS AND SOMERSET COUNTY BOARD OF CHOSEN FREEHOLDERS AND BURLINGTON COUNTY BOARD OF CHOSEN FREEHOLDERS AND HUNTERDON COUNTY BOARD OF CHOSEN FREEHOLDERS.

September 24, 1990.

Petition for certification granted.